SUBS
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5, ASSET BACKED CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; and ELAN OWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO. 2:17-cv-00458-APG-NJK |

## SUBSTITUTION OF ATTORNEYS

JOHN HENRY WRIGHT, ESQ., Attorney of Record for the above-named Defendants, UNDERWOOD PARTNERS, LLC and NV EAGLES, LLC, does hereby consent to the substitution of JOSEPH Y. HONG, ESQ., of HONG & HONG, as attorney, for UNDERWOOD PARTNERS, LLC and NV EAGLES, LLC, in the above-entitled matter in his place and stead.

DATED this 25th day of April, 2018.

                                        /s/ *John H. Wright*
                                  JOHN HENRY WRIGHT, ESQ.
                                  Nevada Bar No. 6182
                                  THE WRIGHT LAW GROUP
                                  2340 Paseo Del Prado, Suite D-305
                                  Las Vegas, Nevada 89102

/ / / /

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

1  JOSEPH Y. HONG, ESQ. does hereby agree to be substituted in the place of JOHN
2  HENRY WRIGHT, ESQ. as attorney for UNDERWOOD PARTNERS, LLC and NV EAGLES,
3  LLC, in the above-entitled matter.

4  DATED this 25th day of April, 2018.

6  /s/ *Joseph Y. Hong*
   JOSEPH Y. HONG, ESQ.
7  Nevada Bar No. 5995
   10781 w. Twain Ave.
8  Las Vegas, Nevada 89135
   *Attorney for Plaintiff* UNDERWOOD PARTNERS,
9  LLC and NV EAGLES, LLC

11  ALEXANDER PHILIPS does hereby agree to the substitution of JOSEPH Y. HONG,
12  ESQ., as attorney of record for Defendant, UNDERWOOD PARTNERS, LLC and NV EAGLES,
13  LLC, in the above entitled matter in the place and stead of JOHN HENRY WRIGHT, ESQ.

    DATED this 25th day of April, 2018.

16  /s/ *Alexander Philips*
    ALEXANDER PHILIPS an authorized Manager
    of UNDERWOOD PARTNERS, LLC and NV
17  EAGLES, LLC

19  IT IS SO ORDERED.
20  Dated: April 26, 2018
    .
21  .
22  _____
    United States Magistrate Judge

Yacht Harbor                    Page 2 of 2