WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5, ASSET-BACKED CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS LLC; NEVADA EAGLES, LLC; and ELAN OWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00458-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, U.S. BANK, N.A. TO RESPOND TO DEFENDANT, ELAN OWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 30]** |

COMES NOW, Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5 ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Robert A. Riether, Esq. and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP; and Defendants, Elan Owners' Association, (hereinafter, "Elan" or "HOA", by an through its attorneys of record Sean L. Anderson, Esq. and T. Chase Pittsenbarger, Esq. of the law firm of Leach Kern Gruchow Anderson Song; and Defendants, NV Eagles, LLC and Underwood Partners, LLC, by and through its attorney of record, Joseph Y. Hong, Esq., of the law firm of Hong & Hong, APC, hereby stipulate as follows:

On December 3, 2018, the HOA filed a Motion to Dismiss U.S. Bank's Complaint (ECF No. 30), with a Response due on December 14, 2018. The parties hereby agree to extend the deadline for U.S. Bank to file and serve their responses to the HOA's Motions to Dismiss Complaint from December 14, 2018 to December 28, 2018.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 13th day of December, 2018.　　　DATED this 13th day of December, 2018.

**WRIGHT, FINLAY & ZAK, LLP**　　　**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Rock K. Jung, Esq.* _____　　　*/s/ T. Chase Pittsenbarger, Esq.*
Robert A. Riether, Esq.　　　Sean L. Anderson, Esq.
Nevada Bar No. 12076　　　Nevada Bar No. 7259
Rock K. Jung, Esq.　　　T. Chase Pittsenbarger
Nevada Bar No. 10906　　　Nevada Bar No. 13740
7785 W. Sahara Ave., Suite 200　　　E-mail: sanderson@lkglawfirm
Las Vegas, NV 89117　　　E-mail: cpittsenbarger@lkglawfirm
(702) 475-7964; Fax: (702) 946-1345　　　2525 Box Canyon Drive
rriether@wrightlegal.net　　　Las Vegas, Nevada 89128
rjung@wrightlegal.net　　　*Attorneys for Defendant Elan Owners'*
*Attorneys for Plaintiff, U.S. Bank National*　　　*Association*
*Association, as Trustee for GSAA Home Equity*
*Trust 2006-5, Asset-Backed Certificates, Series*
*2006-5*

## ORDER

IT IS HEREBY ORDERED that U.S. Bank shall have until December 28, 2018, to file and serve its response to the HOA's Motions to Dismiss Complaint (ECF No. 30).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 14, 2018.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/  Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*