WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5, ASSET-BACKED CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS LLC; NEVADA EAGLES, LLC; and ELAN OWNERS' ASSOCIATION,<br><br>Defendants. | Case No.:   2:17-cv-00458-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, U.S. BANK, N.A. TO RESPOND TO DEFENDANT, ELAN OWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 30]**<br>  **[2nd Request]** |

COMES NOW, Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5 ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Robert A. Riether, Esq. and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP; and Defendants, Elan Owners' Association, (hereinafter, "Elan" or "HOA", by an through its attorneys of record Sean L. Anderson, Esq. and T. Chase Pittsenbarger, Esq. of the law firm of Leach Kern Gruchow Anderson Song, hereby stipulate as follows:

On December 3, 2018, the HOA filed a Motion to Dismiss U.S. Bank's Complaint (ECF No. 30), with a Response due on December 28, 2018. The parties hereby agree to extend the deadline for U.S. Bank to file and serve their responses to the HOA's Motions to Dismiss Complaint from December 28, 2018 to January 11, 2019.

This is the parties' second request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 28th day of December, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Rock K. Jung, Esq.* _____
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*

DATED this 28th day of December, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ T. Chase Pittsenbarger, Esq.*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
E-mail: sanderson@lkglawfirm
E-mail: cpittsenbarger@lkglawfirm
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Elan Owners' Association*

## ORDER

IT IS HEREBY ORDERED that U.S. Bank shall have until January 11, 2019, to file and serve its response to the HOA's Motions to Dismiss Complaint (ECF No. 30).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 2, 2019.

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.s*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*