WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5, ASSET-BACKED CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS LLC; NEVADA EAGLES, LLC; and ELAN OWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00458-APG-NJK<br><br>**STIPULATION AND ORDER TO STAY DISPOSITIVE MOTION DEADLINE DUE TO SETTLEMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5, Asset-Backed Certificates, Series 2006-5 ("Plaintiff" or "U.S. Bank"), Defendants, Underwood Partners, LLC and Nevada Eagles, LLC ("Buyer"), and Elan Owners' Association ("HOA") (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the Parties previously agreed to extend the deadline to file dispositive motions from April 30, 2019, to June 14, 2019 [ECF No. 40], and later from June 14, 2019, to July 29, 2019 [ECF No. 46].

WHEREAS, the Parties have discussed staying the current dispositive motion deadline of July 29, 2019 to allow the Parties additional time to finalize the settlement agreement and file the stipulation and order to dismiss the case by or before September 30, 2019. Therefore,

1  IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline of July 29, 2019 should be stayed to permit the parties additional time to finalize the settlement agreement and file the stipulation and order to dismiss the case.

IT IS HEREBY STIPULATED AND AGREED that if the settlement and stipulation and order to dismiss the case has not been finalized by or before September 30, 2019, then the parties shall file a joint status report explaining why dismissal documents have not been filed.

This is the Parties' first request for a stay of the deadline to file dispositive motions. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 26th day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq.
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff,*

DATED this 26th day of July, 2019.

/s/ Joseph Y. Hong, Esq.
Joseph Y. Hong, Esq.
Nevada Bar No. 5995
10781 W. Twain Avenue
Las Vegas, Nevada 89135
*Attorney for Defendants, NV Eagles, LLC and Underwood Partners, LLC*

DATED this 26th day of July, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ T. Chase Pittsenbarger, Esq.
Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Elan Owners' Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 29, 2019