# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No.: 2:17-cv-00458-APG-NJK |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| UNDERWOOD PARTNERS LLC, et al., | |
| Defendants | |

The parties previously advised the court that they had reached a settlement and requested up to 60 days to finalize the settlement. ECF No. 50. They also advised the court that if the dismissal was not finalized by November 29, 2019, they would file a status report. *Id.* The parties have not filed a stipulation to dismiss or the status report.

I THEREFORE ORDER the parties to file either a stipulation of dismissal or a joint status report by January 24, 2020.

DATED this 9th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE